Commonwealth ex rel. Paschedag, Appellant, *v.* Cavell.

Submitted November 11, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Andre L. Paschedag,* appellant, in propria persona.

*Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, January 4, 1966:

This is an appeal from an order below dismissing an action of habeas corpus without hearing. An examination of the record is convincing beyond question that the reasons assigned in support of the writ are completely devoid of merit.

Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.